# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC D/B/A IXO,<br><br>    Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE INC.,<br><br>    Defendant. | C.A. No. 18-1964-CFC |

## DEFENDANT QUEST SOFTWARE INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b), and for the reasons stated in Defendant Quest Software Inc.'s Opening Brief in Support of its Motion to Dismiss, Defendant respectfully requests that this Court dismiss the Amended Complaint filed in this action.

Dated: May 13, 2019

**K&L GATES LLP**

/s/ *Steven L. Caponi*
Steven L. Caponi (No. 3484)
 Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Of Counsel:*

**K&L GATES LLP**
Theodore J. Angelis
Elizabeth J. Weiskopf
Nicholas F. Lenning
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
theo.angelis@klgates.com
elizabeth.weiskopf@klgates.com
nicholas.lenning@klgates.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 13, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

               */s/ Steven L. Caponi*
               Steven L. Caponi (#3484)